SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppardmullin.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppardmullin.com
DANE C. BRODY CHANOVE, Cal Bar No. 345843
dbrodychanove@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Defendant
Rheem Manufacturing Company

KABATECK LLP
Anastasia K. Mazzella, Cal Bar No. 245201
am@kbklawyers.com
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone:    213.217.5000
Facsimile:    23.217.5010

Attorneys for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLENN DICKSON, individually, and on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>RHEEM MANUFACTURING COMPANY, a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>       Defendants. | Case No. 2:23-cv-01812-MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION AND SCHEDULE**<br><br>[Removed from Sacramento Superior Court Case No. 23CV001166]<br><br>Complaint Filed: May 5, 2023<br>Trial Date: Not Set |

Pursuant to Rules 143, 144, and 230 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff Glenn Dickson ("Plaintiff") and Defendant Rheem Manufacturing Company ("Defendant"), by and through their counsel of record, hereby stipulate and request as follows:

WHEREAS, on May 5, 2023, Plaintiff filed a complaint asserting class allegations for violations of the Consumer Legal Remedies Act, false advertising, violation of the Unfair Competition Law, and various breaches of warranty causes of action, against Defendant (the "Complaint");

WHEREAS, the Parties have met and conferred about conducting a private mediation, and agreed to mediate with Mediator Robert Kaplan on April 2, 2024;

WHEREAS, the mediation may resolve this action in full;

WHEREAS, on August 24, 2023, Defendant removed this case to the United States District Court for the Eastern District of California;

WHEREAS, the Parties agree that it would serve efficiency interests and preserve judicial and party resources to stay this action for all purposes pending the private mediation;

WHEREAS, pursuant to the parties' previous joint stipulation and the Superior Court of the State of California, County of Sacramento's Order, (Dkt. 1-4), Defendants' response to Plaintiff's Complaint is due on May 17, 2024; and,

WHEREAS, Plaintiff's deadline to move for remand is September 27, 2023.

THEREFORE, IT IS STIPULATED AND REQUESTED THAT, by and between the undersigned counsel, and subject to the Court's approval:

(1) With the exceptions below, the action is stayed for all purposes in its entirety pending the mediation scheduled on April 2, 2024;

(2) The stay is lifted on May 17, 2024;

(3) Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is continued to May 17, 2024; and,

(4) Plaintiff's deadline to move for remand is continued to May 17, 2024.

///

1  DATED: August 30, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  */s/ Anne-Marie D. Dao*
WYNTER L. DEAGLE
ANNE- MARIE D. DAO
DANE C. BRODY CHANOVE

Attorneys for Defendant
RHEEM MANUFACTURING COMPANY

DATED: August 30, 2023

KABATECK LLP

By:  */s/ Anastasia K. Mazzella* (as authorized on 8/30/23)
ANASTASIA K. MAZZELLA

Attorneys for Plaintiff and the Putative Class

## SIGNATURE ATTESTATION

I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 30, 2023

*/s/ Anne-Marie D. Dao*
Anne-Marie D. Dao

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the request to stay this action pending the parties' mediation is GRANTED. Plaintiffs shall move to remand no later than May 17, 2024, and Defendants shall file its answer or otherwise respond to Plaintiff's complaint is by May 17, 2024.

IT IS SO ORDERED.

Dated: September 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE