UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLENN DICKSON, individually, and on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>RHEEM MANUFACTURING COMPANY, a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>   Defendants. | Case No. 2:23-cv-01812-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  On August 24, 2023, Defendant Rheem Manufacturing removed this action from the County of Sacramento Superior Court. [Dkt. No. 1.]  Shortly thereafter, the Parties informed the Court they would be attending mediation on April 2, 2024, and submitted a stipulation to stay the action and continue the deadlines for Defendant to respond to the Complaint and for Plaintiff to file a motion to remand until May 17, 2024; this Court granted the stipulation on September 6, 2023. [Dkt. No. 5.]

  On May 3, 2024, the Parties filed a Notice of Settlement, informing the Court that the Parties settled the matter at mediation on April 2, 2024 and were in the midst of satisfying their duties as mandated by the settlement agreement. On May 3, 2024, the Parties filed a stipulation to dismiss the class claims and stay the action pending dismissal of Plaintiff's individual claims; this Court granted the stipulation on May 9, 2024, thereby dismissing the putative class claims.

Now pending before the Court is the Parties' Joint Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), in which the Parties seek to dismiss Plaintiff's individual claims and complaint. Defendant has not responded to the Complaint and thus voluntary dismissal under F.R.C.P. 41(a)(1)(A)(i) is appropriate.

Accordingly, the Parties' joint stipulation to dismiss Plaintiff's individual claims, with prejudice, is hereby **GRANTED**. Pursuant to the stipulation, the Court **ORDERS** the following:

(1) Plaintiff's claims and complaint are HEREBY DISMISSED;

(2) each Party shall bear their own attorneys' fees and costs, except as provided in the Settlement Agreement; and

(3) the Clerk of the Court is HEREBY DIRECTED to close the case.

IT IS SO ORDERED.

Dated: May 31, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE